IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.:  3:24-cr-5-MPM-RP-2

MONTREAL HUDSON

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted **Paul A. Chiniche** on **February 13, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Paul A. Chiniche** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Paul A. Chiniche** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 13th day of February, 2024.

 /s/ Jane M. Virden  _
UNITED STATES MAGISTRATE JUDGE